1052

No. 01–7002. BEASLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7008. CLAVERIA-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–487. CONNECTICUT v. REVELO. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–1809. KUNGLE v. INNOVATIVE PROPERTIES, INC., ET AL., *ante*, p. 820;

No. 00–10049. VANN v. MCCULLOUGH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL., *ante*, p. 840;

No. 01–5276. GILREATH v. HEAD, WARDEN, *ante*, p. 913; and

No. 01–5424. SLAGEL v. RUTH ET AL., *ante*, p. 922. Petitions for rehearing denied.

NOVEMBER 27, 2001

No. 01–547. RUBIO v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.2.

DECEMBER 3, 2001

No. 00–1115. UNITED STATES v. LITTLE SIX, INC., ET AL. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Chickasaw Nation v. United States, ante*, p. 84.

No. 01–6554. HIGGASON v. LEMMON. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.